Argued and submitted April 18, affirmed as modified May 11, reconsideration denied June 24, petition for review denied July 19, 1983 (295 Or 446)

In the Matter of the Marriage of

SPICER,
*Appellant,*
*and*
SPICER,
*Respondent.*

(D8011-69099; CA A24773)

662 P2d 373

Brad Littlefield, Portland, argued the cause and filed the brief for appellant.

George M. Galloway, Portland, argued the cause for respondent. With him on the brief was Stoel, Rives, Boley, Fraser & Wyse, Portland.

Before Gillette, Presiding Judge, and Warden and Young, Judges.

PER CURIAM.

## PER CURIAM

This was a 34-year marriage. Wife, now 53, appeals from the dissolution decree, asking (1) an increase in the amount awarded to her as spousal support and (2) an increase in the amount awarded to her as attorney fees. On *de novo* review, we have determined that the first request is justified.

Paragraph 2 of the decree of dissolution is amended to read:

"2. Respondent shall pay petitioner permanent support in the amount of $1,400 per month."

Even with this adjustment, there will be a significant discrepancy between wife's standard of living, based on her probable future income, and what she would have enjoyed but for the dissolution; but the increase is in the amount she requested.

In all other respects, the decree is affirmed.

Affirmed as modified. Costs to appellant.